UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRW HAGBERG,

       Plaintiff,                       Case No. 1:09-cv-334

v.                                              Hon. Janet T. Neff

MICHAEL SWEET,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt. 44) of the Magistrate Judge, filed September 27, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Default Judgment Against Defendant Michael Sweet (Dkt. 35) is GRANTED for the reason(s) stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the proposed findings of fact and conclusions of law (Dkt. 43) are adopted and judgment is entered against Defendant Michael Sweet in the amount of $272,764.94.

Dated: October 13, 2010                         /s/Janet T. Neff
                                                  JANET T. NEFF
                                                  UNITED STATES DISTRICT JUDGE